# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>　　Plaintiff,<br><br>v.<br><br>**TOPRX,**<br>　　Garnishee,<br><br>**ALLON GATES,**<br>　　Defendant. | Civil No.:  2:21CV02537-MSN-cgc<br>Reference Case No.: 2:19-CR-20179-007 |

## ORDER OF GARNISHMENT

A Writ of Continuing Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee.  Pursuant to the Writ of Continuing Garnishment, the Garnishee filed an Answer on August 27, 2021, (ECF No. 6), stating that at the time of the service of the writ, Garnishee had in their possession or control earnings or personal property belonging to and due to the Defendant.

The Defendant was notified about his right to a hearing and has not requested a hearing to object to the Answer of Garnishee or determine exempt property.

**IT IS ORDERED** that Garnishee pay 25% of the non-exempt disposable earnings of Defendant, ALLON GATES, withheld from the date of service of the Writ of Garnishment to date, to plaintiff, United States of America, and continue to withhold and pay over to the United States of America, such additional non-exempt personal property belonging to defendant weekly, as should come into the Garnishee's possession or control in the future until the above-referenced judgment is either paid in full, or otherwise satisfied, or until a court order quashes the writ, or exhaustion of property in possession or control of the garnishee, or the defendant separates from

the garnishee's employment pursuant to Title 28, United States Code, Section 3205(c)(10);

**IT IS FURTHER ORDERED** that the Garnishee pay over such property to plaintiff, UNITED STATES OF AMERICA, through the UNITED STATES DISTRICT COURT CLERK, and mail each remittance to **U.S. District Court, Western Division Office, 167 North Main St., Room 242, Memphis TN 38103 referencing case number 2:19CR20179-007.**

IT IS SO ORDERED, this 30th day of November, 2021.

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE